JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY LEE SOSA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:25-cv-00659-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 12) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 25, 2025 to October 24, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of August 25, 2025 and September 1, 2025, Plaintiff's Counsel has seven merit briefs and one reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: July 30, 2025 |   | PENA & BROMBERG, ATTORNEYS AT LAW |

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: July 30, 2025        KIMBERLY A. SANCHEZ
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration

                    By:  *\*/s/ Katherine Sarah Bowles*
                         Katherine Sarah Bowles
                         Special Assistant United States Attorney
                         Attorneys for Defendant
                         (*As authorized by email on July 30, 2025)

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 12), and for good cause shown, *see* Fed. R. Civ. P. 16(b)(4), IT IS ORDERED that Plaintiff shall have up to and including October 24, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated: **July 31, 2025**                               /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE